IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                        :
                                              :        In Chapter 13
       KIYE T. YOUNG                          :
                                              :        Bankruptcy No. 16-12012 (JKF)
                           Debtor.            :
-------------------------------------------------------x

## **PRAECIPE TO WITHDRAW OBJECTION**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13

Plan (Document #23) which was filed on November 4, 2016.


Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: November 7, 2016          By: */s/ Pamela Elchert Thurmond*
                                 PAMELA ELCHERT THURMOND
                                 Deputy City Solicitor
                                 PA Attorney I.D. 202504
                                 Attorney for the City of Philadelphia
                                 City of Philadelphia Law Department
                                 Municipal Services Building
                                 1401 JFK Boulevard, 5th Floor
                                 Philadelphia, PA  19102-1595
                                 215-686-0508 (phone)
                                 Email: Pamela.Thurmond@phila.gov