IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kiye T. Young | : | Case No. 16-12012-JKF |
| xxx-xx-3889 | | |
| Debtor | | |

## SECOND AMENDED APPLICATION FOR A WAGE ORDER

Debtor in the above caption matter hereby respectfully applies for a wage order to be issued in this case directing the employer to withhold from his/her pay period the sum listed on the attached order and to forward the same to the standing trustee listed on the attached order.

_____          /s/ David M. Offen
Chapter 13 Trustee                       David M. Offen, Esquire
                                         Attorney for Debtor(s)

Dated: November 4, 2016

Debtor's Counsel
David M. Offen, Esquire
Suite 160 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :    Chapter 13

Kiye T. Young                             :    Case No. 16-12012-JKF
xxx-xx-3889

           Debtor

SECOND AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$395.00 EVERY TWO WEEKS.

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

**Date: November 8, 2016**

DATED:                                         HONORABLE JEAN K. FITZSIMON
                                               UNITED STATES BANKRUPTCY JUDGE


Make checks payable to:
William C. Miller, Trustee
P.O. Box 1799
Memphis, TN  38101-1799

Payroll Controller
Temple University
1852 N. 10th Street
Philadelphia, PA 19122

David M. Offen Esq.

Suite 160 West, Curtis Ctr.
Philadelphia, PA 19106
(215) 625-9600