```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


        IN RE:                  :      CHAPTER 13
                                :
        Kiye T. Young           :      NO.  16-12012-JKF
                                :
                                :
```

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

　　　Debtor, by her attorney, David M. Offen, has filed a Motion to Approve Loan Modification.

　　　Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

　　　1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 13, 2017, you or your attorney must do all of the following;

　　　　(a) file an answer explaining your position at
　　　　　　Office of the Clerk
　　　　　　U.S. Bankruptcy Court
　　　　　　Suite 400
　　　　　　900 Market Street
　　　　　　Philadelphia, Pa. 19107

　　　If you mail your answer to the Bankruptcy Clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　(b) mail a copy to the Movants Attorney;
　　　　　　David M. Offen, Esquire
　　　　　　Suite 160 West, The Curtis Center
　　　　　　601 Walnut Street
　　　　　　Philadelphia, Pa. 19106

　　　　　　William C. Miller, Trustee
　　　　　　PO Box 1229
　　　　　　Philadelphia, PA 19105

　　　2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the Motion.

    3.  A hearing on the Motion is scheduled to be held before the Honorable Jean F. FitzSimon, United States Bankruptcy Judge on November 9, 2017, at 9:30 AM in Courtroom #3, United States Bankruptcy Court, 900 Market Street, 2nd Floor.

    4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.