```
           IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE                  :     CHAPTER 13
                            :
     Kiye Young             :     No.   16-12012-ELF
        Debtor
```

O R D E R

AND NOW, this          day of              , 2017, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____   1/12/18
HONORABLE ERIC L FRANK
CHIEF UNITED STATES BANKRUPTCY JUDGE


cc:

William C. Miller, Trustee

David M. Offen, Esquire

Maribel and Renaldo Perez

Payroll Controller
Temple University
1852 N. 10th Street
Philadelphia, PA 19122