# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12012-ELF

KIYE T YOUNG

4519 VISTA STREET

PHILADELPHIA, PA 19136-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KIYE T YOUNG

    4519 VISTA STREET

    PHILADELPHIA, PA 19136-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 7/13/2018

/S/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee