United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-12012-elf
Kiye T Young                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 2            Date Rcvd: Aug 15, 2018
                              Form ID: pdf900         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
```
db             +Kiye T Young,    4519 Vista Street,    Philadelphia, PA 19136-3710
13696835       +American Heritage,    Po Box 61047,    Harrisburg, PA 17106-1047
13696841       +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13696842       +City of Philadelphia,    Bureau of Administrative Adjudication,    913 Filbert Street,
                 Philadelphia, PA 19107-3117
13924702        Educational Credit Management Corporation,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13696848       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696863       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13696865       +Ncb Management Service,    1 Allied Dr,    Trevose, PA 19053-6945
13696868       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
13725819       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13780623       +Philadelphia Municipal Court,    Traffic Division,    800 Spring Garden Street,
                 Philadelphia Pa 19123-2616
13696870       +Philadelphia Traffic Court,    800 Spring Garden Street,    Philadelphia, PA 19123-2690
13795853       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13696871       +U.S. Bank National Association,    211 North Front Street,    P.O. Box 15057,
                 Harrisburg, PA 17105-5057
13737908        U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
13696874       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
13696876       +Xerox Soluti,    Pob 41819,    Philadelphia, PA 19101-1819
13696869        philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 16 2018 02:03:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2018 02:02:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 16 2018 02:03:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Aug 16 2018 02:03:08     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13696834       +E-mail/Text: EBNProcessing@afni.com Aug 16 2018 02:02:56     Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
13696837       +E-mail/Text: broman@amhfcu.org Aug 16 2018 02:02:56     American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13755000        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2018 02:14:19
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13696840        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2018 01:58:35
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
13784163        E-mail/Text: megan.harper@phila.gov Aug 16 2018 02:03:08     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13746847       +E-mail/Text: bankruptcy@consumerportfolio.com Aug 16 2018 02:02:58
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13706627        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2018 01:58:34
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13696843       +E-mail/Text: bankruptcy@philapark.org Aug 16 2018 02:03:19     City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13696846       +E-mail/Text: bankruptcy@consumerportfolio.com Aug 16 2018 02:02:58     Consumer Portfolio Svc,
                 Po Box 57071,    Irvine, CA 92619-7071
13696847       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 16 2018 02:03:20     Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13696861       +E-mail/Text: aalvino@helmautoloans.com Aug 16 2018 02:02:56     Helm Assocs,    801 Bristol Pike,
                 Croydon, PA 19021-5447
13696864       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 16 2018 02:02:53     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13731012       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 16 2018 02:02:38     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13696866       +E-mail/Text: blegal@phfa.org Aug 16 2018 02:02:55     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13696867       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 16 2018 02:02:38     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13696872       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 16 2018 02:02:32
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13696873        E-mail/Text: megan.harper@phila.gov Aug 16 2018 02:03:09     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 21
```

```
District/off: 0313-2           User: ChrissyW               Page 2 of 2            Date Rcvd: Aug 15, 2018
                               Form ID: pdf900              Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Educational Credit Management Corporation,    PO Box 16408
13696839         Cap One
13696836*       +American Heritage,    Po Box 61047,    Harrisburg, PA 17106-1047
13696838*       +American Heritage Fcu,    2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13696844*       +City of Philadelphia,    Parking Violations Branch,    P.O. Box 41818,
                  Philadelphia, PA 19101-1818
13696845*       +City of Philadelphia,    Parking Violations Branch,    P.O. Box 41818,
                  Philadelphia, PA 19101-1818
13696849*       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696850*       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696851*       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696852*       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696853*       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696854*       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696855*       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696856*       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696857*       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696858*       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696859*       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696860*       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13696862*       +Helm Assocs,    801 Bristol Pike,    Croydon, PA 19021-5447
13696875*       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
13696877*       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
                                                                                              TOTALS: 2, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Kiye T Young dmo160west@gmail.com,    davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIYE T YOUNG               Chapter 13

Debtor        Bankruptcy No. 16-12012-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 15, 2018**        _____
                                 Eric L. Frank
                                 Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
KIYE T YOUNG

4519 VISTA STREET

PHILADELPHIA, PA 19136-